UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH W. SULLIVAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER, et al.,<br><br>　　　　Defendants. | Case No.: 2:23-cv-01203-JAD-NJK<br><br>**ORDER**<br><br>(Docket No. 6) |

On February 1, 2024, the Court screened Plaintiff's complaint under 28 U.S.C. § 1915A. Docket No. 4. The Court dismissed the complaint with leave to amend because the complaint did not include any named Defendants who could be served. *Id.* Plaintiff has now filed a motion requesting an extension of time in which to file an amended complaint. Docket No. 6. Plaintiff submits that he has been attempting to find the names of the John Doe Defendants through available prison procedures, but that his attempts have been delayed because he was moved from Southern Desert Correctional Center to High Desert State Prison, and he is in administrative segregation. *Id.* at 2. Good cause appearing, the Court grants Plaintiff an extension until July 1, 2024, to file an amended complaint.

Further, although Plaintiff states that he has been moved to High Desert State Prison, he has not filed a notice of his change of address with the Court. Pursuant to LR IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

Accordingly, for the reasons stated above,

IT IS ORDERED that Plaintiff's motion for an extension to file an amended complaint, Docket No. 6, is **GRANTED**. Plaintiff must file an amended complaint no later than July 1, 2024.

IT IS FURTHER ORDERED that, on or before June 5, 2024, Plaintiff must file his current address with the Court.

The Clerk of the Court is **INSTRUCTED** to send a courtesy copy of this order to Plaintiff at High Desert State Prison.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED: May 6, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE