UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEITH W. SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01203-JAD-NJK<br><br>**ORDER** |

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer at the address listed with the Court. As the Court previously informed Plaintiff, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1; *see also* ECF No. 7.

Accordingly, for the reasons stated above,

IT IS ORDERED that, no later than **January 10, 2025**, Plaintiff must file his current address with the Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

IT IS SO ORDERED.

DATED:  December 11, 2024.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE