# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH W. SULLIVAN,<br><br>Plaintiff,<br><br>v.<br><br>WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER, et al.,<br><br>Defendants. | Case No.: 2:23-cv-01203-JAD-NJK<br><br>**ORDER** |

On December 11, 2024, the Court directed Plaintiff to file his current address with the Court. Docket No. 15. The Court's order came back as undeliverable, with a notation that Plaintiff has been transferred to "LCC." Docket No. 16. As a one-time courtesy, the Court will direct the Clerk of the Court to resend the Court's previous order to Plaintiff at Lovelock Correctional Center and extend the deadline for Plaintiff to file a notice with his current address until **January 27, 2025**.

The Court has previously warned Plaintiff that he must inform the Court of any changes in his address, and yet Plaintiff did not file his updated address with the Court after being moved to Lovelock Correctional Center. If Plaintiff misses any future deadlines because he did not receive a Court order due to his failure to inform the Court of his current address, this case may be subject to dismissal.

Accordingly, for the reasons stated above,

IT IS ORDERED that, on or before **January 27, 2025**, Plaintiff must file his current address with the Court.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, this action will be subject to dismissal without prejudice.

///

///

IT IS FURTHER ORDERED that the Clerk of the Court WILL SEND a courtesy copy of this order, and the Court's previous order, Docket No. 15, to Plaintiff at Lovelock Correctional Center.

IT IS SO ORDERED.

DATED: December 30, 2024.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE