# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEITH W. SULLIVAN,

    Plaintiff,

v.

WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER et al.,

    Defendants.

Case No. 2:23-cv-01203-JAD-NJK

**Order**

[Docket No. 47]

Pending before the Court is Plaintiff's motion to identify unserved defendant.[1] Docket No. 47.

On June 18, 2025, the Court entered an order granting Plaintiff's motion for leave to proceed *in forma pauperis* and requiring service to be perfected no later than September 16, 2025. Docket No. 45. Further, the Court instructed that "[i]f service cannot be accepted for any of the named defendant(s), Plaintiff shall file a motion identifying the unserved defendant(s), requesting issuance of a summons, and specifying a full name and address for the defendant(s)." *Id.* at 2. On July 8, 2025, Defendants notified the Court that "service [was] not accepted on behalf of Defendant Stacy" as "[u]ndersigned counsel was unable to identify this Defendant based upon the allegations contained in the Amended Complaint." Docket No. 46 at 2. On August 4, 2025, Plaintiff filed the instant motion requesting the Court to issue a summons as to "Nurse Stacy Perkins." Docket No. 47 at 2. On August 18, 2025, Defendants filed a notice of acceptance of service as to Defendant Stacy Perkins. Docket No. 51.

Accordingly, the motion is **DENIED** as moot. Docket No. 47.

IT IS SO ORDERED.

Dated: August 29, 2025

                                    Nancy J. Koppe
                                    United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).