# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

KEITH W. SULLIVAN,

    Plaintiff,

v.

WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER et al.,

    Defendants.

Case No. 2:23-cv-01203-JAD-NJK

**Order**

[Docket No. 53]

Pending before the Court is Plaintiff's motion to extend time.[1] Docket No. 53.

In the instant motion, Plaintiff states, "[i]f indeed a response/reply is due from me I request an extension of time to create and investigate my response/reply. If none such is available and/or necessary by myself please disregard this motion." Docket No. 53 at 2. To the extent Plaintiff's motion seeks legal advice, the Court is not permitted to provide it.

The motion is **DENIED** as moot. Docket No. 53.

IT IS SO ORDERED.

Dated: September 3, 2025

                                                                                        Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court liberally construes the filings of *pro se* litigants, particularly those who are prisoners bringing civil rights claims. *Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013).

1