# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KEITH W. SULLIVAN,<br><br>　　　Plaintiff,<br><br>v.<br><br>WARDEN OF SOUTHERN DESERT CORRECTIONAL CENTER, et al.,<br><br>　　　Defendants. | Case No. 2:23-cv-01203-JAD-NJK<br><br>**Order** |

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). A joint discovery plan must be filed by September 29, 2025.

IT IS SO ORDERED.

Dated: September 22, 2025

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1